**ORIGINAL**

FILED IN CHAMBERS
U.S.D.C. Atlanta

JUL 29 2026

Kevin P. Weimer, Clerk
By: _____ Deputy Clerk



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>ISIAH WASHINGTON | Criminal Indictment<br><br>No. **1:26-CR-C339** |

THE GRAND JURY CHARGES THAT:

### Count One

On or about April 23, 2025, in the Northern District of Georgia and elsewhere, the defendant, ISIAH WASHINGTON, consciously disregarding a substantial risk that his communications would be viewed as threatening violence, knowingly transmitted communications in interstate and foreign commerce, from the State of Georgia to other places, that contained threats to injure N.D., a person whose identity is known to the grand jury and who was formerly the Acting Special Agent in Charge of the Newark, New Jersey Field Office of the Federal Bureau of Investigation; specifically, the defendant, ISIAH WASHINGTON, posted the following messages to the online social networking service X (formerly known as Twitter):

- an image of N.D.'s face with a comment stating, "He's not only my wife's boss, he mentally abuses her at work, I'm going to kill him"; and

- an image of a person resembling N.D.'s physical appearance with a comment stating, "I'm going to kill this guy."

All in violation of Title 18, United States Code, Section 875(c).

A ___TRUE___ BILL

_____
FOREPERSON

THEODORE S. HERTZBERG
 *United States Attorney*

ERIC W. BOYLAN
 *Assistant United States Attorney*
Georgia Bar No. 989422

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181